UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN M. ERICKSON,

       Plaintiff,                                 Case No. 12-11354

v.                                                      Hon. Nancy G. Edmunds

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [10]**

      This matter has come before the Court on the Magistrate Judge's November 20, 2012 Report and Recommendation [10]. Being fully advised in the premises and having reviewed the record and the pleadings, including Plaintiff's objections if any, the Court hereby ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation. Plaintiff's motion for summary judgement is DENIED and Defendant's motion for summary judgment is GRANTED. Pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's decision is AFFIRMED.

      SO ORDERED.

                                        s/Nancy G. Edmunds
                                        Nancy G. Edmunds
                                        United States District Judge

Dated: December 14, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 14, 2012, by electronic and/or ordinary mail.

       s/Carol A. Hemeyer
       Case Manager